UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-06491-AB (MRWx) | Date: | December 16, 2015 |
| --- | --- | --- | --- |
| | CV 15-09194-AB (MRWx) | | |
| | CV 15-09200-AB (MRWx) | | |
| | CV 15-09201-AB (MRWx) | | |
| | CV 15-09203-AB (MRWx) | | |
| | CV 15-09204-AB (MRWx) | | |
| | CV 15-09205-AB (MRWx) | | |
| | CV 15-02434-AB (MRWx) | | |
| | CV 15-01988-AB (MRWx) | | |

Title: *Patricia Lassen v. Nissan North America, Inc.*
*Zoran Baisch et al v. BMW of North America, LLC*
*Jason Shapiro et al v. Ford Motor Company*
*Howard Ree v. Mercedes-Benz USA, LLC*
*Michelle Rodriguez et al v. American Honda Motors Co., Inc.*
*Richard Draeger et al v. Toyota Motor Sales, U.S.A.*
*Esther Myape Reyes v. Volkswagen Group of America, Inc.*
*Bernice Wimley et al v. FCA US LLC*
*Daniel Chesler et al v. Hyundai Motor America Inc.*

Present: The Honorable   ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order re: Briefing Schedule for Motions to Dismiss**

At present, there are nine separate class action lawsuits against nine different automakers arising out of an alleged design defect in their keyless fobs.

Initially, these were a single case (CV-15-06491) and the Plaintiffs and Defendants stipulated to a single extended briefing schedule for motions to dismiss, including a single hearing date. Since then, the Plaintiffs dismissed all but one automaker from the initial action, and then refiled new actions against each automaker, resulting in nine separate actions. Because these cases will still involve similar if not identical issues, the Court intends to keep them on the same schedule to the extent possible.

Therefore, the Court **ORDERS** Plaintiffs and Defendants to meet and confer to determine a single briefing schedule for any motions to dismiss. The schedule shall include a single hearing date that is six weeks after the date the replies are due.

**IT IS SO ORDERED.**